UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YUYANG ZHANG and CHONG FANG,

                Plaintiffs,

-against-

MICHAEL CHERTOFF, of the Dep't
of Homeland Security, et al.,

                Defendants.

No. 07 Civ. 10370 (LTS)(KNF)

ORDER TO
SHOW CAUSE

LAURA TAYLOR SWAIN, District Judge:

    A conference in this action having been scheduled for February 15, 2008 at 3:00 p.m., and counsel for Plaintiffs having failed to appear, it is hereby

    ORDERED that Plaintiffs show cause by written affidavit why this action should not be dismissed for failure to prosecute. Plaintiffs shall not communicate with the court on this question by letter or telephone call. The affidavit must be filed within twenty days of the date of this Order.

    IT IS FURTHER ORDERED that Plaintiffs submit one courtesy copy of such affidavit to Chambers by delivering it to the Courthouse Mailroom, United States Courthouse, 500 Pearl Street, New York, New York 10007.

    SO ORDERED:

Dated:    New York, New York
             February 19, 2008

                                              LAURA TAYLOR SWAIN
                                              United States District Judge