UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

YUYANG ZHANG and CHONG FANG,

                Plaintiffs,

-against-

MICHAEL CHERTOFF, of the Dep't
of Homeland Security, et al.,

                Defendants.

No. 07 Civ. 10370 (LTS)(KNF)



LAURA TAYLOR SWAIN, District Judge:

## ORDER

On February 19, 2008, after counsel for Plaintiffs failed to appear for a conference scheduled by the Court's November 28, 2007, Order (Docket Entry No. 2), the Court ordered that Plaintiffs show cause by written affidavit why this action should not be dismissed for failure to prosecute, within twenty days. (Docket Entry No. 3.)

Plaintiffs have not filed such an affidavit, nor has Chambers received any communication, written or oral, from Plaintiffs or their counsel since the filing of their complaint on November 15, 2007.

For the foregoing reasons, the above-captioned action is dismissed for failure to prosecute pursuant to Rule 41(b) of the Federal Rules of Civil Procedure. This dismissal does not operate as an adjudication on the merits.

The Clerk of Court is respectfully requested to close this case.

SO ORDERED.

Dated:    New York, New York
           March 14, 2008

                                            LAURA TAYLOR SWAIN
                                            United States District Judge